IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RUSSELL W. MOSS | : | CIVIL ACTION |
| | : | |
| v. | : | NO.   05-2250 |
| | : | |
| FREDERICK ROSEMEYER, et al. | : | |

**ORDER**

AND NOW, this 14th day of July, 2009, the Report and Recommendation by United States Magistrate Judge Carol Sandra Moore Wells is ADOPTED, the Petition for Writ of Habeas Corpus is DISMISSED; and, no grounds warrant a certificate of appealability.

BY THE COURT:

\s\ Juan R. Sánchez
Juan R. Sánchez                    J.